Horace MONTAGUE, Plaintiff—
Appellant,

v.

Patrick CONROY, Warden, Maryland House of Correction–Annex; Burlie Frink, Head of Security, Maryland House of Correction–Annex; John Doe, Head of Records, Maryland House of Correction–Annex, Defendants—Appellees.

No. 05–7064.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 23, 2006.

Decided: Sept. 8, 2006.

Bert Walter Kapinus, Hyattsville, Maryland, for Appellant. Glen William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WILKINSON, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Horace Montague appeals the district court's order denying relief on his 42

U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Montague v. Conroy*, No. CA–03–3191–AW (D. Md. June 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*